Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Eulalio Cardenas

FILED
CLERK, U.S. DISTRICT COURT
OCT 14 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULALIO CARDENAS,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Case No.: CV 10-6657 E<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,650.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE: 10/14/11

_____
THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

Case 2:10-cv-06657-E   Document 21-1        1   Page 2 of 2   Page ID #:922

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ *Steven G. Rosales*

  _____

4  Steven G. Rosales
   Attorney for plaintiff Eulalio Cardenas